IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Petitioner,

                                          Case No. 14-CV-753

v.

JOSE LOZADA,

        Respondent.

## ORDER ENFORCING THE SUMMONS

A copy of the petition and order to show cause having been served on respondent on December 9, 2014, and the respondent having failed to file a written response to the petition by January 9, 2015, which is five business days prior to the show cause hearing,

IT IS HEREBY ORDERED that the respondent appear before Revenue Officer Bryan Rudser or designee at a time and place to be agreed upon mutually for the purpose of giving testimony concerning the collectability of the tax liabilitiey of El Bilillo Bakery and Deli, Inc. for the Form 941 for the quarterly periods ending March 31, 2010, June 30, 2010, September 30, 2010, December 31, 2010, March 31, 2013, December 31, 2013, March 31, 2014, and for Form 940 for the tax periods ending December 31, 2012 and December 31, 2013, and then and there produce for examination and/or photostatic copying or other mechanical means of reproduction, the following:

All records and documents specified in the Internal Revenue Service summons served upon respondent on November 26, 2014.

The examination shall continue from day to day until completed.

In the event the Revenue Officer and the respondent cannot agree mutually upon a time and place, then the respondent is ordered to appear at the office of Revenue Officer Bryan Rudser, 1242 Fourier Drive, Suite 200, Madison, Wisconsin 53717; telephone number 608/827-1930, at a time designated by the Revenue Officer, notice of said time and place to be given to the respondent by means of a certified letter mailed to the respondent at his or her last known business address at least ten (10) days prior to the date set by the Revenue Officer or his or her designee.

Dated this 14th day of January 2015.

WILLIAM M. CONLEY
District Court Judge