IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,                            ORDER

v.

                                                   14-cv-753-wmc

JOSE LOZADA,

                Defendant.

---

The court held a hearing today on the government's petition to hold the defendant Jose Lozada in civil contempt of court. The government appeared by its counsel, Assistant U.S. Attorney Richard Humphrey, along with IRS Revenue Officer Bryan Rudser. Mr. Lozada appeared on his own behalf, after being arrested by the United States Marshal on a Bench Warrant issued by this court for failing to appear and show cause on June 24, 2015, why he should not be adjudged in civil contempt of the court's January 14, 2015, Order Enforcing the IRS Summons.

Conceding that he had no good excuse for his failure to appear or comply with the enforcement order of this court, Mr. Lozada committed to bringing himself into compliance with that order on or before Monday, June 29, 2015, at 4:30 p.m., by providing a completed IRS Form 433-B. Consistent with that commitment, the court entered the following order.

ORDER

IT IS ORDERED that:

1.      Defendant Jose Lozada is RELEASED at this time and the hearing on the motion

for contempt is CONTINUED to Monday, July 6, 2015, at 9:00 a.m., at which date and time Mr. Lozada shall appear unless the government informs the court that he is in full compliance as set forth above.

2. If defendant Lozada does bring himself into compliance by June 29, an order will be entered: (a) requiring him to pay the standard charge of the U.S. Marshal for execution of the Bench Warrant; and (b) cancelling the July 6 hearing.

3. If not, an order will be entered: (a) directing that defendant Lozada be arrested and held in jail until the July 6 hearing, unless the government advises the court that defendant has subsequently come into full compliance with the information requested; and (b) the court will proceed with the July 6 hearing.

Entered this 25th day of June, 2015.

BY THE COURT:

William M. Conley
District Judge