IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,                ORDER

v.

                                        14-cv-753-wmc

JOSE LOZADA,

                Defendant.

---

The court having been informed by the government that Mr. Lozada has now fully complied with the IRS Summons (dkt. #18), and consistent with the June 25, 2015 order (dkt. #15), IT IS ORDERED that: (1) the July 6 hearing is CANCELLED as unnecessary; and (2) as a sanction, defendant Jose Lozada shall pay the sum of $137.47 to the clerk of court to cover the basic costs associated with execution of the Bench Warrant. Delivery should be made as follows: U.S. Clerk's Office, 120 North Henry Street, Room 320, Madison, WI 53703.

Entered this 2nd day of July, 2015.

BY THE COURT:

/s/ William M. Conley
William M. Conley
District Judge